JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

EUNJI JEONG,

          Plaintiff,

    v.

JOHN or JANE DOE,

          Defendants.

Case No. 8:26-cv-00608-SB-ADS

FINAL JUDGMENT

For the reasons stated in the separate order of dismissal entered on this date, this case is dismissed in its entirety for lack of prosecution.

This is a final judgment.

DATED:  May 26, 2026

Stanley Blumenfeld, Jr.
United States District Judge